JOHN L. HIGGINS, APPELLANT, v. CIVIL SERVICE COMMISSION OF STATE OF NEW JERSEY, RESPONDENT.

Submitted October 31, 1947—Decided January 29, 1948.

For the appellant, *William K. Flanagan.*

For the respondent, *Walter D. Van Riper,* Attorney-General, (*John W. Griggs,* Deputy Attorney-General, of counsel).

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Donges, Heher, Eastwood, Burling, Wells, Dill, Freund, McLean, Schettino, JJ. 11.

*For reversal*—None.